## SECOND DEPARTMENT, AUGUST, 1953.

## (August 7, 1953.)

■

HERBERT C. GERLACH, as Chairman of the Westchester Republican County Committee, Respondent-Appellant, v. ANDREW APARTMENTS, INC., Defendant, and MILTON F. BRODBECK, JR., as President of Good Government Republican Club, et al., Appellants-Respondents.— Order granting plaintiff's motion to amend the summons and complaint and to enjoin defendants, *pendente lite*, modified by striking therefrom the seventh and eighth ordering paragraphs. As so modified, the order is affirmed, without costs. The record presented does not establish that the defendants have announced any designation or presented any petitioner for party or public office as being the regular designation or petition of the Republican party, or that defendants have represented that any such designation or petition is the designation or petition of the regular Republican organization of Westchester County or of the Republican County Committee or of the Mount Vernon Republican City Committee. Nor does the record establish that defendants have attempted or that they presently intend so to announce or represent. The caption on the petitions — " Republican Party Designating Petition — 1953 " — does not violate the provisions of section 135 of the Election Law. Nor is the fact that the petitions are so headed, standing alone, sufficient to sustain the conclusion that the qualified Republican voters will be deceived or misled thereby. Nolan, P. J., Wenzel, MacCrate and Schmidt, JJ., concur.

■

HERBERT C. GERLACH, as Chairman of the Westchester Republican County Committee, Respondent-Appellant, v. ANDREW APARTMENTS, INC., Defendant, and MILTON F. BRODBECK, JR., as President of Good Government Republican Club, et al., Appellants-Respondents.— Motion to have appeal heard forthwith, granted, without costs. Appeal to be heard on the original record. In view of the decision in *Gerlach* v. *Andrews Apts.*, (*ante*, p. 830, decided herewith) the motion for a stay is dismissed, without costs. Present — Nolan, P. J., Wenzel, MacCrate and Schmidt, JJ.

## FIRST DEPARTMENT, SEPTEMBER, 1953.

## (September 8, 1953.)

■

In the Matter of SIDNEY S. WOLCHOK, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed. No opinion. All concur. Present — Dore, J. P., Cohn, Breitel and Botein, JJ.

■

In the Matter of ANTONINA FORAKER et al., Appellants, against PAULA BERGER et al., Respondents.— Order affirmed. No opinion. All concur. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.